IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>     v.<br><br>ADIL BASHIR, individually and d/b/a Shalimar Market; JORGE EDUARDO GONZALEZ, individually and d/b/a La Delicia Market; GLADYS RASHED, individually and as Co-Trustee of the Abder and Gladys Rashed 1998 Trust,<br><br>        Defendants. | 2:09-cv-00469-GEB-KJM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        On March 1, 2010 Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and that "[d]ispositinal documents will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than March 31, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: March 3, 2010

                              GARLAND E. BURRELL, JR.
                              United States District Judge

1